# Exhibit 1

ZAG AMERICA, LLC
v.
THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

**EXHIBIT 1**                         **TRADEMARK REGISTRATIONS**



# United States of America
## United States Patent and Trademark Office

# MIRACULOUS

**Reg. No. 5,402,278**  Zag America LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
1845 Flower Street
**Registered Feb. 13, 2018**  Glendale, CALIFORNIA 91201

**Int. Cl.: 9, 41**

**Service Mark**

**Trademark**

**Principal Register**

CLASS 9: Digital media, namely, DVD's, and pre-recorded electronic media featuring music, motion pictures, and television programs featuring family and kids entertainment content; ear buds, audio accessories namely, wireless and wired headsets; computer accessories, namely, computer, tablet and mobile device covers and cases; downloadable media, namely, downloadable audiovisual recordings featuring family and kids entertainment content; electronic publications, namely, downloadable electronic materials in the nature of cartoons

FIRST USE 3-00-2016; IN COMMERCE 3-00-2016

CLASS 41: Entertainment services, namely, television programs in the field of family and kids entertainment, animated cartoons, a continuing animated episode broadcast over television, satellite, audio and video media, ongoing series featuring family and kids entertainment content provided through cable television, satellite, the internet and webcasts, providing ongoing webisodes featuring family and kids entertainment content via a global computer network

FIRST USE 12-00-2015; IN COMMERCE 12-00-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-983,502, FILED 06-03-2015

Director of the United States
Patent and Trademark Office

ZAG AMERICA, LLC
v.
THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

**EXHIBIT 1**  **TRADEMARK REGISTRATIONS**



# MIRACULOUS

| | |
|---|---|
| **Reg. No. 5,566,252** | Zag America LLC (CALIFORNIA LIMITED LIABILITY COMPANY)<br>3002 Main Street |
| **Registered Sep. 18, 2018** | Santa Monica, CALIFORNIA 90405 |
| **Int. Cl.: 9** | CLASS 9: Computer software, namely, mobile application software and mobile game software for games for kids based on animated television series |
| **Trademark** | FIRST USE 2-00-2018; IN COMMERCE 4-25-2018 |
| **Principal Register** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR |
| | SER. NO. 86-984,062, FILED 06-03-2015 |

Director of the United States
Patent and Trademark Office

ZAG AMERICA, LLC
v.
THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

**EXHIBIT 1**                                                                                                                     **TRADEMARK REGISTRATIONS**



# United States of America
## United States Patent and Trademark Office

# MIRACULOUS

**Reg. No. 5,643,890**
**Registered Jan. 01, 2019**
**Int. Cl.: 16, 28**
**Trademark**
**Principal Register**

Zag America LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
1845 Flower Street
Glendale, CALIFORNIA 91201

CLASS 16: Printed material, namely, books, comics, serial publications in the form of magazines, comic books, graphic novels and manga featuring scenes and characters based on a television series; sketchbooks; notebooks; blank journals; sticker albums; sticker packs; stationery, drawing paper; construction paper; pens; drawing pencils; writing utensils; trading cards and posters

FIRST USE 7-21-2016; IN COMMERCE 7-21-2016

CLASS 28: Toys, namely, action figures and accessories therefor; action role play toys in the nature of play sets for children, namely, gear and accessories used by characters in television series, namely, toy weapons, toy jewelry, and children's dress-up accessories; toy vehicles; dolls; role play costumes, namely, costume masks; collector dolls; children's multiple activity toys; decorative room toys, namely, playing card game accessories, namely, mats for use in connection with playing card games; tabletop games; puzzles; card games; plush toys; simulated food toys; balloons; paper party favors

FIRST USE 9-30-2016; IN COMMERCE 9-30-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-984,257, FILED 06-03-2015

*Andrei Iancu*
Director of the United States
Patent and Trademark Office

ZAG AMERICA, LLC
v.
THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

**EXHIBIT 1**                                          **TRADEMARK REGISTRATIONS**

## United States of America
### United States Patent and Trademark Office

# MIRACULOUS

**Reg. No. 5,671,603**  Zag America, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1845 Flower Street
**Registered Feb. 05, 2019** Glendale, CALIFORNIA 91201

**Int. Cl.: 25**  CLASS 25: Clothing, namely, t-shirts, sweatshirts, sweaters, jackets, sleepwear, dresses, skirts, leggings and tights; outerwear, namely, coats; Halloween costumes, children's costumes for use in dress up play, all tied to, and offered to promote, a children's television program

**Trademark**

**Principal Register**  FIRST USE 3-00-2017; IN COMMERCE 3-00-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-979,449, FILED 05-23-2017

Director of the United States
Patent and Trademark Office

ZAG AMERICA, LLC
v.
THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

**EXHIBIT 1**                                                           **TRADEMARK REGISTRATIONS**



United States of America
United States Patent and Trademark Office

# MIRACULOUS

**Reg. No. 5,697,575**    Zag America LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
3002 Main Street
**Registered Mar. 12, 2019**   Santa Monica, CALIFORNIA 90405

**Int. Cl.: 9**

**Trademark**

**Principal Register**

CLASS 9: Electronic publications, namely, downloadable electronic materials in the nature of books, magazines, newsletters, and periodicals all featuring family and kids entertainment content

FIRST USE 6-00-2016; IN COMMERCE 6-00-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-650,668, FILED 06-03-2015

Director of the United States
Patent and Trademark Office