IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ZAG AMERICA, LLC<br><br>    Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>    Defendants. | Civil Action No.: 1:20-cv-13 |

### S<span>CHEDULE</span> A – S<span>EALED</span> D<span>OCUMENT</span> P<span>URSUANT TO</span> LR26.2

This document is being filed under seal with a Motion for Leave to File Documents under Seal. A full version of Schedule A will be delivered to the Court in a sealed envelope and will remain under seal until further order of this Court.

Dated: January 2, 2020

Respectfully submitted,

*/s/ Ann Marie Sullivan*
Ann Marie Sullivan (Bar No. 6325887)
AM Sullivan Law, LLC
1440 W. Taylor St., Suite 515
Chicago, Illinois 60607
Telephone: 224-258-9378
E-mail: ams@amsullivanlaw.com

***ATTORNEY FOR PLAINTIFF***