**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ZAG AMERICA, LLC, | |
| Plaintiff, | Case No.: 1:20-cv-00013 |
| v. | |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Judge Robert W. Gettleman |
| Defendants. | Magistrate Judge Sidney I. Schenkier |

**PLAINTIFF'S MOTION FOR ELECTRONIC SERVICE**
**OF PROCESS PURSUANT TO FED. R. CIV. P. 4(f)(3)**

Plaintiff, Zag America, LLC, ("ZAG" or "Plaintiff") seeks this Court's authorization to effectuate service of process by e-mail and/or electronic publication in an action arising out of 15 U.S.C. § 1114; Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a); and the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS § 510, *et seq*. Plaintiff's Memorandum of Law in Support of this Motion has been concurrently filed.

Dated: February 3, 2020

Respectfully submitted,

*/s/ Ann Marie Sullivan*
Ann Marie Sullivan
Alison Carter
Raymond Lang
AM Sullivan Law, LLC
1440 W. Taylor St., Suite 515
Chicago, Illinois 60607
Telephone: 224-258-9378
E-mail:  ams@amsullivanlaw.com

***ATTORNEYS FOR PLAINTIFF***