Exhibit 3

# 001. Simnana Store



Product Page :

https://www.aliexpress.com/item/Children-Disfraz-Lady-Bug-Cosplay-Costume-For-Adults-Kids-Ladybug-Costumes-Halloween-Cosplay-Jumpsuits-With-Marinette/4000137347847.html

Product ID : 4000137347847

Seller Name : Simnana Store

Marketplace : AliExpress

Brand : Miraculous Ladybug







## 002. Spider Man Store



Product Page :
https://www.aliexpress.com/item/Anime-Queen-Bee-Lady-Bug-Suit-Marinette-Adrien-Cat-Noir-Cosplay-ladybug-Costume-Zentai-Bodysuit-Halloween/33038640750.html

Product ID : 33038640750

Seller Name : Spider Man Store

Marketplace : AliExpress

Brand : Miraculous Ladybug







## 003. spiderman factory



Product Page :
https://www.aliexpress.com/item/Custom-Made-Rena-Rouge-Ladybug-Costume-3D-Printing-Zentai-Superhero-Suit-Halloween-Party-Cosplay-Bodysuit/32880887183.html

Product ID : 32880887183

Seller Name : spiderman factory

Marketplace : AliExpress

Brand : Miraculous Ladybug





# 004. Sunniss Store



Product Page :
https://www.aliexpress.com/item/Anime-Queen-Bee-Ladybug-Cat-Noir-Adrien-Fox-Cosplay-Costume-Lady-Bug-Zentai-Bodysuits-Suit-Jumpsuit/33021553580.html

Product ID : 33021553580

Seller Name : Sunniss Store

Marketplace : AliExpress

Brand : Miraculous Ladybug







# 005. Superb childhood Store



Product Page :
https://www.aliexpress.com/item/Ladybug-Girl-Red-Ladybug-Miraculous-Ladybug-Ladybug-Black-Cat-Plush-Toy-Doll/4000118565466.html

Product ID : 4000118565466

Seller Name : Superb childhood Store

Marketplace : AliExpress

Brand : Miraculous Ladybug





# 006. Superhero% Store



Product Page :
https://www.aliexpress.com/item/Halloween-Girls-disguise-Ladybug-Girls-Clothing-Sets-Costumes-Lady-bug-Child-Cartoon-Cosplay-Girls-Jumpsuits-Anime/33061598396.html

Product ID : 33061598396

Seller Name : Superhero% Store

Marketplace : AliExpress

Brand : Miraculous Ladybug









# 007. SY-fashionss Store



Product Page :
https://www.aliexpress.com/item/kids-and-Adult-Ladybug-Costumes-cosplay-Christmas-party-bag-girls-children-lady-bug-Zentai-Suit-halloween/32975964737.html

Product ID : 32975964737

Seller Name : SY-fashionss Store

Marketplace : AliExpress

Brand : Miraculous Ladybug









# 008. TAKANE Store



Product Page :
https://www.aliexpress.com/item/dongsheng-Hot-Magical-Ladybug-Fox-Pendant-with-Snake-Chain-Necklace-Cosplay-Anime-Jewelry-for-Women-Men/32902599749.html

Product ID : 32902599749

Seller Name : TAKANE Store

Marketplace : AliExpress

Brand : Miraculous Ladybug





# 009. TC Runing Store



Product Page :
https://www.aliexpress.com/item/Anime-Miraculous-Ladybug-Fox-Volpina-Alya-Cosplay-Pendant-Necklace-Prop-Jewelry/32867033799.html

Product ID : 32867033799

Seller Name : TC Runing Store

Marketplace : AliExpress

Brand : Miraculous Ladybug









# 010. Timefashioner



Product Page :
https://www.aliexpress.com/item/Kids-Adult-Ladybug-Cosplay-With-Mask-Bag-Ladybug-Romper-Costume-Cat-Suit-Bodysuits-Halloween-Birthday-Gift/32833964872.html

Product ID : 32833964872

Seller Name : Timefashioner

Marketplace : AliExpress

Brand : Miraculous Ladybug







# 011. TingCos Dropshipping Store



Product Page :
https://www.aliexpress.com/item/Children-Adult-Lady-Bug-Suit-Cosplay-Costume-Halloween-Girls-Ladybug-Jumpsuits-With-Wig-Halloween-Costumes-For/4000013794738.html

Product ID : 4000013794738

Seller Name : TingCos Dropshipping Store

Marketplace : AliExpress

Brand : Miraculous Ladybug









# 012. TOLINA Store



Product Page :
https://www.aliexpress.com/item/Black-Cat-Noir-Cosplay-Costume-ladybug-Wigs-Adrien-Black-Cat-Noir-Cosplay-Costume-Wig-Men-Golden/32986892504.html

Product ID : 32986892504

Seller Name : TOLINA Store

Marketplace : AliExpress

Brand : Miraculous Ladybug







# 013. toysuppler



Product Page :
https://www.aliexpress.com/item/15-20cm-Ladybug-Lady-Bug-Stuffed-Plush-Dolls-Toys-Lady-bug-Toys-Dot-Printed-Masks-Handbag/32952361690.html

Product ID : 32952361690

Seller Name : toysuppler

Marketplace : AliExpress

Brand : Miraculous Ladybug





# 014. Tutu Dreams Official Store



Product Page :
https://www.aliexpress.com/item/Halloween-Spandex-Ladybug-Costume-For-Kids-Teenager-Girls-Elastic-Birthday-Christmas-Cosplay-Lady-Bug-Zentai-Clothing/32987378120.html

Product ID : 32987378120

Seller Name : Tutu Dreams Official Store

Marketplace : AliExpress

Brand : Miraculous Ladybug







# 015. ubestcosplay Store



Product Page :
https://www.aliexpress.com/item/Miraculous-Ladybug-Cat-Noir-Cosplay-Shoes-Women-Boots/32956593880.html

Product ID : 32956593880

Seller Name : ubestcosplay Store

Marketplace : AliExpress

Brand : Miraculous Ladybug





## 016. Upcos Store



Product Page :
https://www.aliexpress.com/item/Hot-Sale-Ladybug-Costume-Quality-3D-Print-Ladybug-Cosplay-Costume-Spandex-Woman-Zentai-Bodysuit/33010268835.html

Product ID : 33010268835

Seller Name : Upcos Store

Marketplace : AliExpress

Brand : Miraculous Ladybug





## 017. vipfashion Store



Product Page :
https://www.aliexpress.com/item/VIP-FASHION-Adult-Ladybug-Costume-Cosplay-Costume-Spandex-Zentai-Suit-Women-Jumpsuit-Halloween-For-Adults/4000071096718.html

Product ID : 4000071096718

Seller Name : vipfashion Store

Marketplace : AliExpress

Brand : Miraculous Ladybug





# 018. X ZONE Store



Product Page :
https://www.aliexpress.com/item/Anime-Miraculous-Ladybug-Cat-Noir-Black-Ring-Zinc-Alloy-Ring-Halloween-Cosplay-Costume-Accessory-Christmas-Gift/32959969662.html

Product ID : 32959969662

Seller Name : X ZONE Store

Marketplace : AliExpress

Brand : Miraculous Ladybug





# 019. XCOSER Official Store



Product Page :
https://www.aliexpress.com/item/XCOSER-Anime-Miraculous-Ladybug-Cat-Noir-Black-Ring-Zinc-Alloy-Ring-Copslay-Ring-Halloween-Cosplay-Costume/32913951816.html

Product ID : 32913951816

Seller Name : XCOSER Official Store

Marketplace : AliExpress

Brand : Miraculous Ladybug







# 020. XinCos1 Store



Product Page :
https://www.aliexpress.com/item/Fantasia-Spandex-Ladybug-Costumes-Kids-Adult-Cosplay-Christmas-Party-Girls-Children-Lady-Bug-Zentai-Suit-Halloween/32957658013.html

Product ID : 32957658013

Seller Name : XinCos1 Store

Marketplace : AliExpress

Brand : Miraculous Ladybug













## 021. YOFEEL boutique Store



Product Page :
https://www.aliexpress.com/item/Girs-Ladybug-Costumes-Summer-Dress-Kids-Cosplay-Cartoon-Clothing-Red-Dot-Swimsuit-Child-Lady-Bug-Jumpsuit/33025659870.html

Product ID : 33025659870

Seller Name : YOFEEL boutique Store

Marketplace : AliExpress

Brand : Miraculous Ladybug





# 022. Youang Clothes Store



Product Page :
https://www.aliexpress.com/item/Adult-Kids-Ladybug-Costume-Red-Lady-Bug-Jumpsuit-For-Girls-Women-Marinette-Fancy-Cosplay-Pjs-Halloween/33021655374.html

Product ID : 33021655374

Seller Name : Youang Clothes Store

Marketplace : AliExpress

Brand : Miraculous Ladybug







## 023. zhoulei345zj



Product Page :
https://www.aliexpress.com/item/Home-Decor-Japanese-Anime-Wall-poster-Scroll-Miraculous-Ladybug/32889249305.html

Product ID : 32889249305

Seller Name : zhoulei345zj

Marketplace : AliExpress

Brand : Miraculous Ladybug



